UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

EL DORADO DIVISION

| | | |
|---|---|---|
| **WILLIAMS & WILLIAMS FARMS, LLC, et al.,** | : : : | **CASE NO. 1:14-cv-1040-SOH** |
| Movants, | : : | |
| vs. | : : | **NOTICE OF APPEARANCE OF COUNSEL** |
| **GREAT AMERICAN INSURANCE COMPANY,** | : : : | |
| Respondent. | : : | |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Great American Insurance Company.

I certify that I am admitted to practice Pro Hac Vice in this Court in this case.

Respectfully submitted, this 28th day of July, 2014, by:

        *s/ Thomas C. James, Jr.*
        Thomas C. James, Jr. (Ohio Bar No. 0073531)
        Admitted Pro Hac Vice
        Attorney for Respondent Great American
        **SANDERS & ASSOCIATES, LPA**
        5240 Socialville-Foster Road
        Mason, Ohio  45040
        Telephone:  (513) 229-8080
        Fax: (513) 229-8081
        Email: TomJames@SandersLPA.com

CERTIFICATE OF SERVICE

     The undersigned hereby certifies that he served a copy of the foregoing by service through the Court's Electronic Case Filing System (CM/ECF), upon Movants' attorney, Grant Ballard, Banks Law Firm, PLLC, P.O. Box 251310, Little Rock, Arkansas  72225-1310, this 28th day of July 2014.

        *s/ Thomas C. James, Jr.*