IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WILLIAMS & WILLIAMS FARMS,
LLC, et al.                                                                                          PLAINTIFFS

V.                                    Case No. 4:14-cv-01040

GREAT AMERICAN INSURANCE
COMPANY                                                                                          DEFENDANT

# ORDER

Before the Court is a Stipulation of Voluntary Dismissal Without Prejudice. (ECF No. 13). The stipulation is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiffs and Defendant shall each bear their own filing fees, costs, attorney fees, and expenses in relation to the motions herein. Accordingly, all claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of October, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge